AO 238 (Rev. 06/19) Arrest Warrant and Notice Before Arrest (Page 2)

United States Courts
Southern District of Texas
FILED

March 04, 2026

Nathan Ochsner, Clerk of Court

**UNITED STATES DEPARTMENT OF JUSTICE**
**DISTRICT OF MARYLAND**
United States Marshals Service

**4:26-mj-164**

CM/ECF Case No. 8:25-PO-04296-CBA

United States of America

v.

**CORREADEFREITAS, MARLON**
**PALM BAY, FL 32908**

*Defendant*

**ENTER INTO NCIC**

| Location Code(s)/Violation Number(s) | Violation Date(s) |
|---|---|
| MY97           E2240107 | 04/22/2025 |
| **Offense(s)** | **Amount Due** |
| OPERATING COMMERCIAL VEHICLE ON PARK ROADWAY WITHOUT A | APPEARANCE REQUIRED |
| FTA 01/14/2026 | ENTER INTO NCIC |

## NOTICE BEFORE ARREST

The United States Marshals Service has received a warrant for your arrest issued by a United States magistrate judge, based on the charges set forth above. It is the responsibility of the United States Marshals Service, or other authorized officer, to execute the warrant and to arrest and present you before a United States magistrate judge.

Accordingly, this is a final notice that the amount due shown above may be paid in lieu of your arrest. You may pay on-line at www.cvb.uscourts.gov or mail payment to the Central Violations Bureau, P.O. Box 780549, San Antonio, TX 78278-0549. *Write the violation number and location code on your check or money order.* DO NOT SEND CASH. If your payment is not received within ten (10) days from the date of this notice, you will be subject to arrest.

By paying the amount due you may be admitting to a criminal offense and a conviction may appear in a public record with adverse consequences to you. You have a right to know more about the charge against you and you may obtain a complete statement of the charge by calling the Central Violations Bureau at 800-827-2982. By paying the amount due you waive your right (1) to contest this violation notice, (2) to a trial, and (3) to be represented by counsel. If you are charged with a motor-vehicle violation, your payment may be reported to your state's motor-vehicle or driver-licensing agency. As a result, points may be assessed against your driving record, your license may be suspended, and additional fees may be imposed by your state.

If "MANDATORY" or "APPEARANCE REQUIRED" is shown in the "amount due" space above, do not make any payment. Instead you must immediately contact a Deputy United States Marshal at the phone number shown below.

Include the violation number(s), location code(s), and the name of the person for whom the fine is being paid (if other than yourself) on checks or money orders.

UNITED STATES MARSHAL

By: _____
    *Deputy United States Marshal*

Date of notice: _____

Phone: _____